IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JUAN JOSE SANCHEZ RAMIREZ,

   Petitioner,

v.                                            Civil Action No.: CJC-25-4107

PAMELA BONDI, *et al.*

   Respondents.

**ORDER**

For the reasons stated during today's telephonic hearing, the Court concludes that Petitioner is a member of the *Maldonado Bautista* class certified in the Central District of California, Civ. No. 5:25-01873-SSS-BFM. Pursuant to the Final Judgment Order in that case, ECF 94, and the logic of the court's order granting partial summary judgment and class certification, ECF 93, I find that Petitioner is therefore detained under 8 U.S.C. § 1226(a) and not subject to mandatory detention under § 1225(b)(2). This Court accordingly ORDERS that

1) Petitioner's Petition for a Writ of Habeas Corpus is GRANTED, in that within ten (10) days of the date of this Order he is to receive an initial determination by an immigration officer regarding bond or detention; and

2) If Petitioner is not released on bond before the immigration officer, within ten (10) days of the date of this Order, he is to receive a bond hearing before an immigration judge; and

3) If he is not provided both forms of process within the time frames ordered above, Respondents should RELEASE Petitioner from custody; and

4) The parties shall file status updates with the Court following the proceedings described above; and

5) The Court shall RETAIN jurisdiction over this matter to enforce compliance with this Order.

December 29, 2025                              /s/
                                               Chelsea J. Crawford
                                               United States Magistrate Judge