UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUAN JOSE SANCHEZ RAMIREZ, | * | |
| Petitioner, | * | |
| v. | * | Civil Action No. CJC-25-4107 |
| PAMELA BONDI, *et al.*, | * | |
| Respondents. | * | |

**ORDER**

On January 27, 2026, the Parties filed a Joint Status Report advising the Court, pursuant to the Court's Order, ECF No. 16, that Petitioner received a bond hearing on January 7, 2026, during which his request for release on bond was granted, that Petitioner posted bond, and that Petitioner was released on January 16, 2026, ECF No. 21. Accordingly, the Court hereby ORDERS that:

1. The Joint Status Report, ECF No. 21, is APPROVED; and

2. As Petitioner has been granted the relief to which he is entitled pursuant to ECF No. 16, the Clerk is directed to CLOSE this case.

Date: January 28, 2026

/s/
Chelsea J. Crawford
United States Magistrate Judge